UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI-ALEXANDER SHETTY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICA'S WHOLESALE LENDER, et al.,<br><br>　　　　Defendants. | Case No.16-cv-05846-NC<br><br>**ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |

On October 31, 2018, the Court held a case management conference. *See* Dkt. No. 78. The Court ordered plaintiff Niki-Alexander Shetty to file a status update regarding service to defendant America's Wholesale Lender by November 21, 2018. *See id.* Shetty has not done so.

Shetty has a general duty to prosecute his case with reasonable diligence and to comply with court orders. *See Fidelity Philadelphia Trust Co. v. Pioche Mines Consolidated, Inc.*, 587 F.2d 27, 29 (9th Cir. 1978); *see also* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action."). His failure to file a status update in accordance with the Court's October 31, 2018, order is grounds for dismissal.

Accordingly, Shetty must show cause in writing filed by December 5, 2018, as to why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  November 28, 2018   _____
NATHANAEL M. COUSINS
United States Magistrate Judge