UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKI-ALEXANDER SHETTY f/k/a SATISH SHETTY,<br><br>       Plaintiff,<br><br>    v.<br><br>AMERICA'S WHOLESALE LENDER, and others,<br><br>       Defendants. | Case No. 16-cv-05846 NC<br><br>**ORDER OF REASSIGNMENT TO A DISTRICT COURT JUDGE WITH RECOMMENDATION OF DISMISSAL** |

    This order seeks to remove this mortgage loan case from the jurisdictional purgatory in which it has rested since the Court dismissed the First and Second Amended Complaints and entered judgment for the defendants on August 7, 2017. ECF 65, 66.

    On appeal, the Ninth Circuit vacated and remanded because one of the defendants, "America's Wholesale Lender," had not consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C. § 636(c)(1) and *Williams v. King*, 875 F.3d 500, 501 (9th Cir. 2017) (requiring consent of all parties, including parties not served, for jurisdiction by consent under 28 U.S.C. § 636(c)(1)). ECF 16-1. On remand, this Court sought direction from plaintiff Shetty as to whether he wished to pursue his claims against "America's Wholesale Lender." Shetty's most recent case management conference update and response to an order to show cause explain why it is impossible for "America's Wholesale

1 Lender" to consent to magistrate judge jurisdiction: "America's Wholesale Lender" is not
2 a real corporate entity; rather it is a "nonexistent entity." ECF 83, ¶ 11.

3     Because "America's Wholesale Lender" does not exist, there is no way that it can
4 consent to magistrate judge jurisdiction. Consequently, the Clerk of Court is ordered to
5 reassign this case to a District Court Judge.

6     Next, I recommend that the newly assigned judge DISMISS the claims against
7 "America's Wholesale Lender" without prejudice under Federal Rule of Civil Procedure
8 4(m). Rule 4(m) directs that the Court "must dismiss the action without prejudice" if a
9 defendant is not served within 90 days (or a longer period if extended by the Court) of
10 filing the complaint. Here, Shetty has been warned of the need to serve "America's
11 Wholesale Lender." ECF 78, 81. His most recent case management statement confirms
12 that he has not served "America's Wholesale Lender." ECF 85. Therefore, I recommend
13 dismissal of "America's Wholesale Lender" without prejudice under Rule 4(m).

14     Finally, I recommend that the newly assigned judge DISMISS the claims against
15 the remaining defendants with prejudice for the reasons stated in my August 7, 2017, order
16 dismissing the First and Second Amended Complaints. ECF 65. The Ninth Circuit did not
17 reach the merits of the dismissal order, as it remanded on a jurisdictional basis. ECF 71.

18     I note for the newly assigned judge that Shetty asserts in his most recent case
19 management statement that he "deserves the opportunity to amend" his complaint. ECF 85
20 ¶ 6. Shetty is not entitled to amend "as a matter of course" under Federal Rule of Civil
21 Procedure 15(a)(1). Defendants have not consented to amendment under Rule 15(a)(2).
22 And Shetty has neither filed a motion for leave to amend, nor articulated how an
23 amendment would cure the deficiencies identified in the August 7, 2017, order dismissing
24 the case. That order determined that further leave to amend would be futile. ECF 65.

25     In conclusion: (1) the Clerk of Court is ordered to reassign this case to a District
26 Court Judge; (2) with recommendation to dismiss without prejudice nonentity "America's
27 Wholesale Lender" under Fed. R. Civ. P. 4(m); and (3) recommendation to dismiss the
28 remaining claims in the First and Second Amended Complaints for the reasons stated in

Case No. 16-cv-05846 NC     2

1  my August 7, 2017, order at ECF 65.  Any party may object to this dispositive order under
2  the procedures of Fed. R. Civ. P. 72(b) and Civil Local Rule 7, but must file and serve
3  specific written objections within 14 days after being served with this order.

**IT IS SO ORDERED.**

Dated:  December 21, 2018                        _____
                                                 NATHANAEL M. COUSINS
                                                 United States Magistrate Judge